```
 1  DEBORAH TUCK
    1600 E. Vista Way #85
 2  Vista, CA 92084
    Ph: 760-840-1806
 3
 4  In Pro Se
```

FILED

JAN 2 9 2016

CLERK ... DISTRICT
SOUTHERN ... CALIF...

Th

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK, | Case No: '16 CV 0231 MMA NLS |
| Plaintiff, | CONSUMER NOTICE OF DISPUTE OF DEBT |
| vs. | PURSUANT TO 15 U.S.C. §1692 *et seq.* |
| HCC SURETY GROUP, a California Corporation, AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation, EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown, | |
| Defendants. | |

### CONSUMER NOTICE OF DISPUTE OF DEBT

COMES NOW, DEBORAH TUCK, pursuant to 15 U.S.C. §1692g, Fair Debt Collection Practices Act (FDCPA) *hereby disputes* the *alleged* $24,817.80 dollar *consumer debt*, and *any and all past or present debt's* the Defendants HCC SURETY GROUP & AMERICAN CONTRACTORS INDEMNITY COMPANY, both California Corporations, EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown, *claims* that I the Plaintiff DEBORAH TUCK owes in the above-entitled matter.

**THEREFORE,** this NOTICE shall be deemed a request/demand for "verification" and debt validation request as defined by the United States Civil Code Section 15 U.S.C. §1692(g)(1)(2)(5)(b), and California Consumer Protection Statutes/Laws.

CONSUMER NOTICE OF DISPUTE OF DEBT                                   PAGE 1

*Court Copy*

1  Plaintiff DEBORAH TUCK, Plaintiff In Pro Se, in the above-entitled case does
2  hereby request validation pursuant to 15 U.S.C. §1692 *et seq.*

3      **SPECIFICALLY**, I dispute as to the identity of the *true owner*(s)*(if any)* of
4  this same *alleged* $24,817.80 dollar *consumer debt*, the alleged $24,817.80 due an
5  owing, I *dispute all signatures* on Defendants HCC SURETY GROUP,
6  AMERICAN CONTRACTORS INDEMNITY COMPANY, *unauthenticated*
7  *hearsay documents*, and the Defendant Defendants HCC SURETY GROUP &
8  AMERICAN CONTRACTORS INDEMNITY COMPANY & EXPERIAN
9  INFORMATION SOLUTIONS, INC., alleged authority and capacity to collect
10 and/or sue on behalf of the same. The Defendant's in the above-entitled case are
11 "debt collectors" as that term is defined by 15 U.S.C. 1692a(3). Defendants HCC
12 SURETY GROUP & AMERICAN CONTRACTORS INDEMNITY COMPANY,
13 both California Corporations, EXPERIAN INFORMATION SOLUTIONS, INC.,
14 a consumer debt Reporting (CRA) agency is attempting to collect a "household
15 debt" as that term is defined by 15 U.S.C. §1692a(5).

16     **LASTLY,** I, Plaintiff DEBORAH TUCK in the year of 2012, in viewing my
17 consumer credit reports whereby it was revealed that the Defendants HCC SURETY
18 GROUP & AMERICAN CONTRACTORS INDEMNITY COMPANY, both
19 California Corporations and EXPERIAN INFORMATION SOLUTIONS INC *are*
20 *reporting numerous alleged negative consumer debt account over numerous past*
21 *years on my personal consumer credit reports with all three major credit reporting*
22 *agencies*.

23     I, DEBORAH TUCK, hereby request the Defendants HCC SURETY GROUP
24 & AMERICAN CONTRACTORS INDEMNITY COMPANY, both California
25 Corporations, EXPERIAN INFORMATION SOLUTIONS INC , *to delete the*
26 *inaccurate information immediately from my personal consumer credit reports*
27 *pursuant to 15 U.S.C. §1681 et al.* Parties must comply with the requests herein in a
28 timely manner and completely.

**CONSUMER NOTICE OF DISPUTE OF DEBT**      **PAGE 2**

1 Failure to provide the above-requested documentation will result in the Plaintiff
2 DEBORAH TUCK filing a claim for all damages and all court costs including
3 attorney's fees and costs accordingly.

5 Sincerely Submitted this __24th__ day of January 2016.

*[signature]*
DEBORAH TUCK Defendant, In Pro Se