# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 18 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Deborah Tuck

                         **Plaintiff,**

v.

HCC Surety Group, et al

                         **Defendant.**

Case No. 16-cv-00231-MMA-NLS

### REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low-Numbered Case No.:    16-cv-00230-CAB-DHB

        Title:    Tuck v. HCC Surety Group et al

        Nature of Case:    Consumer Credit

The above "low-numbered" case and the present case appear:

- ☐ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☒ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:**    **16-cv-00231-CAB-DHB**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:    2/16/16                    By: s/ C. Lopez

                                                                                   C. Lopez, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    2/17/16

Cathy Ann Bencivengo
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Cathy Ann Bencivengo and Magistrate Judge David H. Bartick for all further proceedings.

Dated:    2/18/2016

Michael M. Anello
United States District Judge