FILED

APR 1 5 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY___ DEPUTY

1  **Deborah Tuck**
   **1600 E. Vista Way #85**
2  **Vista, CA 92084**
   **Ph: 760-840-1551**
3

4  **Plaintiff In Pro Se**

5

6

7

8          **IN THE UNITED STATED DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
9                                              16cv231-CAB-DHB

10  DEBORAH  TUCK,                    )  CASE NO.  3:16-cv-00230-CAB-DHB

11              Plaintiff,            )  **NOTICE OF PLAINTIFF'S:**

12                                    )  MOTION TO EXTEND TIME
                                      )  FEDERAL CIVIL RULE 6(b)(6)
13          **vs.**                   )  [EXCUSABLE NEGLECT] FOR TIME
                                      )  TO OPPOSE DEFENDANT'S 12b(6)
14  HCC SURETY GROUP, a California )  MOTION TO DISMISS
    corporation,
15  AMERICAN CONTRACTORS          )  MOTION TO RE-SET CASE
    INDEMNITY COMPANY, a          )  MANGEMENT CONFERENCE
16  California corporation,
    EXPERIAN INFORMATION          )  DATE: April 19, 2016
17  SOLUTIONS, INC., a business entity, )  TIME: 9:00 a.m.
    form unknown,                     )  COURTROOM:  4C
18
                Defendant's,         )  BEFORE THE HONORABLE
19                                    )  CATHY ANN BENCIVENGO

20          COMES NOW, DEBORAH TUCK, Plaintiff In Pro Se in the above-entitled

21  and case hereby files with the honorable court the following:

22          •        *Motion to Extend Time*

23          •        *Motion to Re-Set Case Management Conference*

24          Oral arguments are to be heard on this courts docket sheet are scheduled for

25  Tuesday, April 19, 2016, at 9:00 a.m. in courtroom 4C.

26                                         Respectfully Submitted,

27  Dated this  15th  day of April 2016.    _Dehrah Tuck_

28                                         DEBORAH TUCK

                                           APR 1 5 2016
                                           CLERK US DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
                          -1-              RECEIVED

*court copy*

Deborah Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

Plaintiff In Pro Se

# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK, | CASE NO. 3:16-cv-00230-CAB-DHB |
| Plaintiff, | MOTION TO EXTEND TIME TO RESPOND |
| vs. | FEDERAL CIVIL RULE 6(b)(6) [-EXCUSABLE NEGLECT-] FOR TIME TO OPPOSE DEFENDANT'S 12b(6) MOTION TO DISMISS |
| HCC SURETY GROUP, a California corporation, AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown, | MOTION TO RESET CASE MANAGEMENT CONFERENCE |
| | DATE: April 19, 2016 TIME: 9:00 a.m. COURTROOM: 4C |
| Defendant's, | BEFORE THE HONORABLE CATHY ANN BENCIVENGO |

**MOTION TO EXTEND TIME TO RESPOND [ Federal Rules of Civil Procedure §6(b)(6)].**
    DEBORAH TUCK, Plaintiff In Pro Se in the above-entitled case hereby moves this honorable court in a timely manner for a Motion to Extend Time to Respond pursuant to Federal Rules of Civil Procedures §6(b)(6), [*Computing and Extending Time*]; [*Time for Motion Papers*]; [*Extending Time*] and (FRCP) §7(b).

    Plaintiff TUCK was to file her Opposition to defendants's Motion to Dismiss for Failure to State a Claim (FRCP) §12(b)(6) by April 5, 2016.

    I, DEBORAH TUCK, would now timely move the honorable court to extend out my time to file my Opposition to defendant's Motion to Dismiss for Failure to State a Claim (FRCP) §12(b)(6) to the date of Friday May 20, 2016, and further requests the court's scheduling calendar be adjusted as the court deems proper.

-1-

APR 1 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

COURT COPY

1   Attached hereto and incorporated herein by reference is a Memorandum of

2  Points and Authorities in support of this Motion to Extend Time, along with a

3  detailed prayer for specific relief requested.

4

5  Dated this _15th_ day of April 2016 - _____

6   DEBORAH TUCK, PLAINTIFF IN PRO SE

7

8  **PLAINTIFF'S MOTION TO EXTEND TIME NOTICE OF HEARING**
   **[Federal Civil Rule R.7]**

9

10   Unless this court deems otherwise, this hearing date for said Motion will be

11  set for hearing on Friday May 20, 2016 at 9:00 a.m. and a response from the

12  defendant HCC SURETY GROUP et al.. hereto will be set for seven (7) days after

13  this hearing date or Friday May 27, 2016, or whatever the court deems appropriate.

14

15  _____

16  DEBORAH TUCK, Plaintiff In Pro Se,

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

1  Deborah Tuck
   1600 E. Vista Way #85
2  Vista, CA 92084
   Ph: 760-840-1806
3

4  Plaintiff In Pro Se

5

6

7

8              IN THE UNITED STATED DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9

10 DEBORAH TUCK,                    )  CASE NO. 3:16-cv-00230-CAB-DHB
                                    )
11             Plaintiff,           )  MEMORANDUM OF POINTS AND
                                    )  AUTHORITIES RE: PLAINTIFF'S
12                                  )  MOTION TO EXTEND TIME
                                    )  FEDERAL CIVIL RULE 6(a)
13       vs.                        )  [EXCUSABLE NEGLECT] FOR TIME
                                    )  TO OPPOSE DEFENDANT'S 12b(6)
14 HCC SURETY GROUP, a California    )  MOTION TO DISMISS
   corporation,                     )
15 AMERICAN CONTRACTORS             )  MOTION TO RE-SET CASE
   INDEMNITY COMPANY, a            )  MANGEMENT CONFERENCE
16 California corporation,          )
   EXPERIAN INFORMATION            )  DATE: April 19, 2016
17 SOLUTIONS, INC., a business entity, )  TIME: 9:00 a.m.
   form unknown,                    )  COURTROOM:  4C
18                                  )
               Defendant's,         )  BEFORE THE HONORABLE
19                                  )  CATHY ANN BENCIVENGO
               POINTS AND AUTHORITIES IN SUPPORT
20             OF PLAINTIFF'S MOTION TO EXTEND TIME

21     **1.**  Plaintiff DEBORAH TUCK timely brings this *Motion to Extend Time to File* her

22 opposition motions to defendant's *Motion to Dismiss for Failure to State a Claim* 12(b)(6).

23 This motion is not meant to cause undue delay, nor cause *any prejudice or harm to another party*.

24     **2.**  On January 29, 2016, plaintiff TUCK (hereinafter "TUCK") filed a complaint for

25 damages alleging several statutory violations of the Fair Debt Collection Practices Act (FDCPA)

26 the Telephone Collection Practices Act (TCPA) the Fair Debt Reporting Act (FDRA) and

27 the California Rosenthal Fair Collection Practices Act (CRFDCPA) committed by

28 HCC SURETY GROUP (hereinafter "HCC") and their employee's.

APR 1 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

COURT COPY

1    **3.** On January 29, 2016, plaintiff TUCK filed a prima facie verified

2 Complaint with short simple statement of facts pursuant to Federal Civil Rule 8(a)

3 and stated therein the relief requested.

4    **4.** Forty six (46) days later on March 15, 2016 defendant HCC filed with the

5 honorable court a virtual "Bible" of motions approximately five (5) inches thick

6 [*when stacked*] all in the same business day, consisting of more than twenty five (25)

7 separate individual motions, Points and Authorities, declarations, exhibits and

8 even a Request for Judicial Notice.

9    **5.** **[03/15/2016] HCC MOTIONS FILED IN ONE DAY INCLUDE THE**

10 **FOLLOWING**:

11    **6.** **MOTION TO DISMISS** (F.R.C.P.) 12(b) (1) And (6) by American Contractors Indemnity
Company, HCC Surety Group. (Attachments: # 1 Memo of Points and Authorities In Support Of Defendants

12 HCC Surety Group And American Contractors Indemnity Company's Motion To Dismiss Pursuant To Rule
12B (1) And (6), # 2 Declaration Of Suzanne Baciocco In Support Of Motion To Dismiss, # 3 Exhibit 1, # 4

13 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11
Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Proof of Service)(Blush, Susan)Attorney

14 Susan Addison Blush added to party American Contractors Indemnity Company(pty:dft), Attorney Susan
Addison Blush added to party HCC Surety Group(pty:dft) (cxl). (Entered: 03/15/2016).

15

16    **7.** **REQUEST FOR JUDICIAL NOTICE** by American Contractors Indemnity Company,
HCC Surety Group re 9 MOTION to Dismiss (F.R.C.P.) 12(b) (1) And (6) (Attachments: # 1 Memo of

17 Points and Authorities In Support Of Defendants' Motion Requesting Judicial Notice, # 2 Exhibit 1, # 3
Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proof of

18 Service)(Blush, Susan) (cxl). (Entered: 03/15/2016)

19    **8.** **Corporate Disclosure Statement** by American Contractors Indemnity Company,
HCC Surety Group identifying Corporate Parent HCC Surety Group for HCC Surety Group;

20 Other Affiliate American Contractors Indemnity Company for American Contractors Indemnity
Company.. (Attachments: # 1 Proof of Service)(Blush, Susan) (cxl). (Entered: 03/15/2016)

21    **9.** During the past seven (7) years defendant HCC has sued plaintiff TUCK

22 in State Court and somehow despite being unable to properly serve the plaintiff with

23 any Summons, Complaint or otherwise for over seven (7) years obtained  a bogus

24 judgement in State court against plaintiff TUCK and her husband.

25    **10.** Plaintiff TUCK appeared in Los Angeles State court on April 07, 2016 to

26 address the bogus judgement fraudulently obtained there by HCC,  plaintiff's daily

27 responsibilities include attending to the daily health requirements of her 87 year old

28 mother-in-law and 62 year old sister-in-law presently awaiting surgery.

1    **12.** Plaintiff filed a prima facie verified Complaint with short simple statement
2    of facts pursuant to Federal Civil Rule 8(a) stating therein the relief requested,
3    defendant HCC *in contrast* has filed a Motion to Dismiss pursuant to Federal Civil
4    Rule 12(b)(1) and 12(b)(6) *attempting to misdirect* the court by submitting off point
5    pleadings with redundant, immaterial, impertinent, or scandalous matter of facts and
6    arguments into the case where none is pertinent, all in an attempt to disguise their
7    illegal consumer collection practices and acts.

8    **13.**    Defendant HCC has ***mired*** Plaintiff TUCK's Complaint for statutory
9    violations of the Federal Debt Collection Practices Act and Telephone Consumer
10   Practices Act by submitting pleadings that hold no material facts directly pertaining
11   to plaintiff TUCKS (FDCPA) (TCPA) and California Rosenthal pleadings.
12   Defendant HCC instead has filed the same exact redundant lengthy pleadings they
13   filed in State court to mire these federal proceedings.

14   **14.**   Plaintiff TUCK further alleges and believes that defendant HCC *re-aged*
15   documents filed in State court to try to stay within the four (4) year statute of limitations.
16   The originally alleged Contracting incident occurred in 2009 more that seven (7) years ago.

17   **15.**   *This court presently holds subject matter jurisdiction in this and the*
18   *State case*: plaintiff TUCK so states the following;

19   **a)**   Plaintiff Tuck *was never properly served with service of Summons,*
20   *Complaint, Notice of Entry of Judgement or otherwise in State Court.*

21   **b)**   Plaintiff TUCK *has been denied her due process rights which include*
22   *the right to "Administrative Remedies"* in the same State court arena.

23   **c)**   Plaintiff TUCK *was directly barred by defendant HCC from any/all*
24   *appealable issues or redress in the State court case, by never properly serving*
25   *plaintiff TUCK with anything*.

26   **WHEREFORE,** Plaintiff TUCK respectfully requests the court to allow her
27   thirty (30) days to avail herself of her legal avenues and properly address HCC's
28   twenty five (25) [recently filed] very extensive lengthy motions.

## **PRAYER**

**16.**   Plaintiff respectfully moves this honorable court to grant plaintiff's Motion to Extend Time and Motion to Re-Set Case Management Hearing and adjust the Court Callander because of excusable neglect as a "matter of law"

Signed this _15th_ day of April 2016

Respectfully submitted,

_Deborah Tuck_,

DEBORAH TUCK, Plaintiff In Pro Se

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

DEBORAH TUCK V. HCC SURETY GROUP, ET AL. 3:16-CV-00230-CAB-DHB
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO EXTEND TIME TO RESPOND- MOTION TO RE-SET CASE MANAGEMENT CONFERENCE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**CASE NAME: Deborah Tuck v. HCC Surety Group, et al.**
**CASE NUMBER:3:16-CV-00230-CAB-DHB**
**PROOF OF SERVICE**

I am a resident of the County of San Diego, State of California and I am over the age of eighteen (18) and not a party to the within action; my home address is 1600 E. Vista Way, Space 85, Vista, CA, 92084,

On April 16, 2016, I served the following document[s] described as:

**NOTICE OF PLAINTIFF'S MOTION TO EXTEND TIME - MOTION TO RE-SET CASE MANAGEMENT CONFERENCE**

**MOTION TO EXTEND TIME TO RESPOND - MOTION TO RE-SET CASE MANAGEMENT CONFERENCE**

**MEMORANDUM OF POINTS AND AUTHORITIES RE: PLAINTIFF'S MOTION TO EXTEND TIME - MOTION TO RE-SET CASE MANAGEMENT CONFERENCE**

**[PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION TO EXTEND TIME PURSUANT TO FEDERAL CIVIL RULE 6(a)**

on the parties in this action listed below in the manner designated below:

**LANAK & HANNA P.C., Robert J. Stroj, Esq. (Bar No. 242982)**
**625 The City Drive South, Suite 190, Orange, CA, 92868**

        **BY U.S MAIL.** I caused such envelope, with postage thereon fully prepaid, to be placed for deposit at 1600 E. Vista Way #85, Vista, CA, 92084, in the United States Postal Service. I am familiar with the regular mail collection and processing practices of the United States Ninth District Court, that the mail will be deposited with the United States Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on the above date.

 **X**   **(BY OVERNIGHT COURIER)** I served the foregoing document[s] by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document[s] in a sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery pre-paid or provided for.

 **X**   **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the above service list.

**Executed on April 15, 2016 at San Diego, California**

                              *Richard Caruso*
                              Richard Caruso

APR 1 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

**PROOF OF SERVICE BY OVERNIGHT COURIER**

COURT COPY