UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK,<br><br>        Plaintiff,<br><br>v.<br><br>HCC SURETY GROUP,<br><br>        Defendant. | Case No.: 16cv0231-CAB (DHB)<br><br>**ORDER REGARDING MOTION TO EXTEND TIME TO RESPOND [Doc. No. 15]** |

On January 29, 2016, Plaintiff Deborah Tuck, proceeding *pro se*, filed a complaint against Defendants HCC Surety Group, et al. alleging violations of the Telephone Consumer Protection Act, the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and various state law counterparts. [Doc. No. 1.] On March 15, 2016, Defendants HCC Surety Group and American Contractors Indemnity Company filed a motion to dismiss the complaint, with a motion date of April 19, 2016.[1] [Doc. No. 9.]

---

[1] Pursuant to this Court's Chamber Rules Civil Case Procedures II.B., and as stated in the caption of the motion, there is no oral argument on the motion date.

Pursuant to Local Rule 7.1(e)(2), Plaintiff's opposition to the motion was due on April 5, 2016. To date, Plaintiff has not filed an opposition to the motion to dismiss.

On April 15, 2016, Plaintiff filed an ex parte motion to extend time to respond to the motion to dismiss. [Doc. No. 15.][2] On April 19, 2016, Defendant filed an opposition to the ex parte motion. [Doc. No. 16.] After reviewing the submissions of the parties, the Court **HEREBY ORDERS**:

(1) Plaintiff shall file an opposition to the motion to dismiss by **May 6, 2016**;

(2) Defendant shall file a reply to the opposition by **May 20, 2016;**

(3) The motion to dismiss will then be taken under submission and an order will issue in due course;

(4) If Plaintiff does not file an opposition to the motion to dismiss by May 6, 2016, the case will be **DISMISSED WITHOUT PREJUDICE** and the Clerk of the Court shall **CLOSE** the case without further Court order.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[2] In the ex parte motion, plaintiff also requests that the case management conference be reset. No case management conference has been set, and there are no other dates pending in this action.